KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
MESSNER REEVES LLP
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone: (702) 363-5100
Facsimile: (702) 363-5101
E-mail: KWilson@messner.com
*Attorney for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| YAMILEYDI GONZALEZ CARRAZCO, an individual; YORDI CASTRO AREVALO, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>PRO PERFORMANCE LOGISTICS, LLC, a Texas limited liability company; RYDER TRUCK RENTAL, INC., a foreign corporation; EDWIN E. HOLLAND, an individual; DOES I through X; and ROE CORPORATIONS I through X,<br><br>Defendants. | CASE NO: 2:24-cv-02150-JAD-DJA<br><br>**STIPULATION AND (PROPOSED) ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**First Request** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs YAMILEYDI GONZALEZ CARRAZCO and YORDI CASTRO AREVALO, and Defendants PRO PERFORMANCE LOGISTICS, LLC, RYDER TRUCK RENTAL, INC. and EDWIN E. HOLLAND by and through their respective counsel of record, that the discovery deadlines shall be extended, pursuant to FRCP(b) and LR 26-3. The parties have stipulated and agreed to extend all applicable discovery deadlines by ninety (90) days.

. . .

15024.0005

## I. DISCOVERY COMPLETED

The following discovery has been completed to date:

1. Defendants served their First Set of Interrogatories and Requests for Production of Documents to Plaintiffs on December 19, 2024.

2. Plaintiffs served their Responses to Defendants' First Set of Interrogatories and Requests for Production of Documents on February 4, 2025.

3. Plaintiff Yamileydi Gonzalez Carrazco served her First Set of Requests for Admission, Interrogatories and Requests for Production of Documents to each named Defendant on February 27, 2025.

4. Defendants served their Initial Disclosures Pursuant to FRCP 26(a)(1) on January 22, 2025.

5. Plaintiffs served their Initial FRCP 26(f) Disclosure of Witnesses and Documents on January 24, 2025.

6. Plaintiffs served their First Supplemental Disclosure to Initial List of Witnesses and Documents on February 19, 2025.

7. Defendants served their First Supplement to Initial Disclosures Pursuant to FRCP 26(a)(1) on March 12, 2025.

## II. DISCOVERY TO BE COMPLETED

The discovery that remains to be completed includes, but is not limited to:

1. Deposition of Plaintiff Yamileydi Gonzalez Carrazco, scheduled for March 26, 2025

2. Deposition of Plaintiff Yordi Castro Arevalo, scheduled for April 2, 2025

3. Deposition of Defendant Edwin Holland, currently scheduled for April 17, 2025, but will likely need to be rescheduled

4. Deposition of FRCP 30(b)(6) Representatives for the named corporate Defendants

5. Obtain complete copies of medical and billing records from Plaintiffs' health care providers

6. Disclosure of expert witnesses and rebuttal expert witnesses

7. Depositions of the experts identified by the parties

8. Depositions of fact witnesses including, but not limited to, the other occupants of Plaintiffs' vehicle and the responding trooper from the Nevada Highway Patrol

9. Depositions of Plaintiffs' treating physicians

10. Any other discovery that may become necessary as litigation continues.

### III.  CURRENT SCHEDULE FOR COMPLETING DISCOVERY

| | |
|---|---|
| Close of Discovery: | November 18, 2025 |
| Amendment of Pleading and Adding Parties: | August 20, 2025 |
| Initial Expert Disclosures: | September 19, 2025 |
| Rebuttal Expert Disclosures: | October 20, 2025 |
| Final Date to File Dispositive Motions: | December 18, 2025 |

### IV.  PROPOSED SCHEDULE OF DISCOVERY

| | |
|---|---|
| Close of Discovery: | **February 16, 2026** |
| Amendment of Pleading and Adding Parties: | **November 18, 2025** |
| Initial Expert Disclosures: | **December 18, 2025** |
| Rebuttal Expert Disclosures: | **January 19, 2026** |
| Final Date to File Dispositive Motions: | **March 18, 2026** |

### V.  REASONS THAT DISCOVERY HAS NOT BEEN COMPLETED

Good cause exists for the extension of the applicable discovery deadlines. The parties have been diligent in their initial discovery efforts; however, during the course of initial discovery it was determined that Defendant Edwin Holland was an independent contractor with Landstar Inway, Inc. at the time of the subject incident, rather than an employee or independent contractor of Defendant Pro Performance Logistics. The parties have therefore agreed to substitute Landstar Inway, Inc. as the correct corporate Defendant in the place of Pro Performance Logistics and are in the process of

Case 2:24-cv-02150-JAD-DJA     Document 12     Filed 03/25/25     Page 4 of 5

*Gonzales-Carrazco, et al. v. Holland, et al.*
*2:24-cv-02150-JAD-DJA*
*Stipulation and (Proposed) Order to Extend Discovery Deadlines (1ˢᵗ Request)*

preparing and submitting the necessary stipulation. Given this anticipated substitution, the parties expect to continue the deposition of Defendant Edwin Holland until Landstar Inway, Inc. has appeared in the case. Based on this development, the parties do not believe there is sufficient time to complete the necessary discovery before disclosing expert witnesses by the current deadline of September 19, 2025. The parties therefore seek to extend the applicable discovery deadlines by ninety (90) days.

For the reasons stated above, the parties respectfully request this Court approve the instant Stipulation and enter its proposed Order granting same. The proposed, extended discovery deadlines as stated above are **STIPULATED AND AGREED**.

| | |
|---|---|
| Dated this 21ˢᵗ day of March 2025. | Dated this 21ˢᵗ day of March 2025. |
| MESSNER REEVES LLP | TANNER LAW FIRM |
| *(signature)* | */s/ Jeffrey C. Gunn, Esq.* |
| KARIE N. WILSON, ESQ.<br>Nevada Bar No. 7957<br>kwilson@messner.com<br>8945 West Russell Road, Suite 300<br>Las Vegas, Nevada 89148<br>702-383-5100 Phone<br>702-385-7000 Fax<br>*Attorney for Defendants* | DAVID A. TANNER, ESQ.<br>Nevada Bar No. 8282<br>JEFFREY C. GUNN, ESQ.<br>Nevada Bar No. 15925<br>7895 W. Sunset Road, Suite 115<br>Las Vegas, Nevada 89113<br>Telephone (702) 987-8888<br>Facsimile (702) 410-8070<br>*Attorneys for Plaintiffs* |

## ORDER TO EXTEND DISCOVERY

IT IS HEREBY ORDERED that the discovery deadlines are extended as set forth herein.

DATED: 3/25/2025

_____
U.S. Magistrate Judge

**Nancy Amaya**

| | |
|---|---|
| **From:** | Jeff Gunn <Jeff@tannerlawfirm.com> |
| **Sent:** | Friday, March 21, 2025 2:15 PM |
| **To:** | Karie Wilson; David Tanner |
| **Cc:** | Courtney McMenamy; Nancy Amaya |
| **Subject:** | RE: 15024.0005 / Carrazco v. Holland |

**[ CAUTION: This Email is from an External Sender ]**

The only thing would be to update the dates of my client's deposition.

Once that is made, you can e-sign for me.

Cordially,

**Jeffrey C. Gunn, Esq.**

**TANNER LAW FIRM**
7895 W. Sunset Road | Suite 115
Las Vegas, Nevada 89113
Tel: 702-987-8888 | Fax: 702-410-8070
jeff@tannerlawfirm.com



*MAIL CONFIDENTIALITY NOTICE:* The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying, or storage of this message or any attachment is strictly prohibited. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege.

**From:** Karie Wilson <KWilson@messner.com>
**Sent:** Friday, March 21, 2025 2:13 PM
**To:** Jeff Gunn <Jeff@tannerlawfirm.com>; David Tanner <david@tannerlawfirm.com>
**Cc:** Courtney McMenamy <Courtney@tannerlawfirm.com>; Nancy Amaya <NAmaya@messner.com>
**Subject:** RE: 15024.0005 / Carrazco v. Holland

Thank you, Jeff. Do you have any proposed changes to the stip and order to extend discovery?

KARIE N. WILSON
Partner
**Messner Reeves LLP**

1