KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
MESSNER REEVES LLP
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone: (702) 363-5100
Facsimile: (702) 363-5101
E-mail: KWilson@messner.com
*Attorney for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| YAMILEYDI GONZALEZ CARRAZCO, an individual; YORDI CASTRO AREVALO, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>RYDER TRUCK RENTAL, INC., a foreign corporation; EDWIN E. HOLLAND, an individual; LANDSTAR INWAY, INC., a foreign corporation; DOES I through X; and ROE CORPORATIONS I through X,<br><br>Defendants. | CASE NO: 2:24-cv-02150-JAD-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL, WITH PREJUDICE**<br><br>ECF No. 18 |

IT IS HEREBY STIPULATED and agree by and between Plaintiffs YAMILEYDI GONZALEZ CARRAZCO and YARDI CASTRO AREVALO and Defendants RYDER TRUCK RENTAL, INC., EDWIN E. HOLLAND, and LANDSTAR INWAY, INC., by and through their respective counsel of record that Plaintiffs' claims against Defendants are hereby DISMISSED, WITH PREJUDICE, the parties to bear their own fees and costs.

. . .

. . .

. . .

15024.0005

| | |
|---|---|
| Dated this 8th day of August 2025. | Dated this ___ day of August 2025. |
| MESSNER REEVES LLP | TANNER LAW FIRM |
| /s/ Karie N. Wilson | /s/ |
| KARIE N. WILSON, ESQ. | David A. Tanner, Esq. |
| Nevada Bar No. 7957 | Nevada Bar No. 8282 |
| kwilson@messner.com | Jeffrey C. Gunn, Esq. |
| 8945 W. Russell Road, Suite 300 | Nevada Bar No. 15925 |
| Las Vegas, NV 89148 | 7895 W. Sunset Road, Suite 115 |
| 702-363-5100 Phone | Las Vegas, Nevada 89113 |
| *Attorneys for Defendants* | Telephone (702) 987-8888 |
| | Facsimile (702) 410-8070 |
| | *Attorneys for Plaintiffs* |

## ORDER FOR DISMISSAL OF ALL CLAIMS, WITH PREJUDICE

Based on the parties' stipulation **[ECF No. 18]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

August 12, 2025

_____
U.S. District Court Judge

15024.0005